BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Chief, National Security Division
Assistant United States Attorney
REEMA M. EL-AMAMY (CBN 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00570-WLH |
| v. | |
| CLAIRE PARTICIA HAVILAND, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
UNDER SEAL DOCUMENTS

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

May 18, 2025                             REEMA M. EL-AMAMY
Date                                     Attorney Name

                                         United States of America
                                         Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    **NOTICE OF MANUAL FILING**